THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO KIRKSEY, Appellant.

Submitted April 23, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order

of the Appellate Division entered in this criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).